143 A.3d 383

**George GILMORE, Petitioner,**

v.

**PHILADELPHIA COURT OF COMMON PLEAS, President
Judge Sheila A. Woods–Skipper, Christopher Thomas,
Director CMR/PPS, Respondents.**

**No. 93 EM 2016.**

Supreme Court of Pennsylvania.

July 27, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of July, 2016, the Petition for Review/Writ of Mandamus is **DENIED,** the Motion to Dismiss

is **DISMISSED AS MOOT,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

Justice MUNDY did not participate in the consideration or decision of this matter.